■ CONSTANTINA FIEDERLEIN, as Administratrix of the Estate of WILLIAM FIEDERLEIN, Deceased, et al., v NEW YORK CITY HEALTH AND HOSPITALS

CORPORATION.—Motion for an enlargement of time denied, with leave to renew upon a showing of merit to this appeal. *(Zetlin v Hanson Holdings,* 63 AD2d 878.) Concur—Murphy, P. J., Kupferman, Birns, Fein and Sandler, JJ.